United States Bankruptcy Court
Middle District of Florida

In re:  
Hayden Mitchell Grieder  
    Debtor

Case No. 17-10768-CPM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: lscott      Page 1 of 2  
Date Rcvd: Apr 28, 2021      Form ID: B318W      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hayden Mitchell Grieder, 819 East Lemon Street, Apt. #13, Lakeland, FL 33801-5166 |
| cr | + | Community Credit Union of Florida, c/o Edward S Reisinger Esq, Post Office Box 653, Birmingham, AL 35201-0653 |
| 27323117 | + | Community Credit Union Flori, 1030 S US Highway 1, Rockledge, FL 32955-2716 |
| 27323122 | | US Department of Education, c/o Glesi, P O Box 7860, Utica, NY 13501 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27323118 | | EDI: DISCOVER.COM | Apr 29 2021 01:08:00 | Discover Bank, P.O.Box 15316, Wilmington, DE 19850-5316 |
| 27323115 | | EDI: FLDEPREV.COM | Apr 29 2021 01:08:00 | Department of Revenue, PO Box 6668, Tallahassee, FL 32314-6668 |
| 27335949 | | EDI: DISCOVER.COM | Apr 29 2021 01:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 27323119 | + | Email/Text: support@futurepay.com | Apr 28 2021 22:18:00 | Future Pay Inc., P O Box 157, Lehi, UT 84043-1173 |
| 27323114 | | EDI: IRS.COM | Apr 29 2021 01:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 27323116 | | EDI: JPMORGANCHASE | Apr 29 2021 01:08:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 27323120 | + | EDI: AGFINANCE.COM | Apr 29 2021 01:08:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 27352982 | | EDI: AGFINANCE.COM | Apr 29 2021 01:08:00 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 27323121 | | Email/Text: bankruptcy@prosper.com | Apr 28 2021 22:18:00 | Prosper Market Place, Inc, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 27323123 | | EDI: WFFC.COM | Apr 29 2021 01:08:00 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 27388119 | | EDI: WFFC.COM | Apr 29 2021 01:08:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 113A-8 | User: lscott | Page 2 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: B318W | Total Noticed: 15 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward S Reisinger | on behalf of Creditor Community Credit Union of Florida ecf@krpfirm.com  ed@krpfirm.com |
| Jay M Weller | on behalf of Debtor Hayden Mitchell Grieder azadar@wellerlegalgroup.com  ccolindres@wellerlegalgroup.com |
| Jon Waage | jwflecf@trustee13.com |
| Jon Waage | on behalf of Trustee Jon Waage jwflecf@trustee13.com |
| United States Trustee - TPA7/13, 7 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

| Information to identify the case: | |
|---|---|
| Debtor 1  **Hayden Mitchell Grieder** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9346 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | |
| Case number:   8:17–bk–10768–CPM | |

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Hayden Mitchell Grieder
    aka Hayden M. Grieder

Dated: April 28, 2021

Catherine Peek McEwen
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**